CHARLES T. SAMMIS, Respondent, *v.* CHARLES A. HART, Appellant.

*Sammis* v. *Hart,* 104 App. Div. 618, affirmed.
(Argued May 31, 1907; decided June 14, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 27, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for trespass.

*Robert Stewart* for appellant.

*Rowland Miles* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, WERNER, HISCOCK and CHASE, JJ.